UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:09-cv-03247 |
| § | |
| $19,540.00 IN U.S. CURRENCY § | |
| Defendant § | |

### AGREED ORDER OF FORFEITURE AND FINAL JUDGMENT

The agreed United States' motion for a final judgment of forfeiture is granted. The Court finds that there was reasonable cause for the seizure of Defendant in rem $19,540.00 under 28 U.S.C. §2465(a)(2). It is ORDERED that:

1. $10,258.50 of Defendant in rem is forfeited to the United States. The United States Department of Homeland Security shall dispose of these funds;

2. The United States Department of Homeland Security shall return to Henry Sanchez Albernia and Jazmin Duenas Rodriguez, Claimants, $9,281.50 of Defendant in rem (less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to Collect) by sending a check payable to

Henry Sanchez Albernia and Jazmin Duenas Rodriguez, c/o Matthew Feser, Esq., Salisbury & Ryan LLP, 1325 Avenue of the Americas, 7th Fl, New York, NY 10019;

3. The Claimants will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action;

4. All parties will bear their costs including attorneys' fees; and

5. Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on Jan 5, 2010

Vanessa D. Gilmore
United States District Judge

Agreed as to form and substance:

_____
Henry Sanchez Albernia, Claimant

_____
Jazmin Duenas Rodriguez, Claimant

_____
Matthew Feser, Esq.